# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| COUNTRY MUTUAL INSURANCE COMPANY as successor to MIDDLESEX MUTUAL ASSURANCE COMPANY a/s/o PENNLAKE REALTY ASSOCIATES LP, | : : : : : : | CIVIL ACTION<br><br>NO. 19-CV-0673 |
| Plaintiff | : : | |
| v. | : : | |
| JOHN & KAREN YOCUM | : : | |
| Defendants. | : | |

## ORDER

AND NOW, this 20th day of June, 2019, upon consideration of Defendant's Motion to Dismiss dated March 13, 2019, it is hereby ORDERED that this Motion is GRANTED with Leave for Plaintiff to Amend within 21 days.

BY THE COURT:

s/ J. Curtis Joyner

_____
J. CURTIS JOYNER, J.